IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANEL FOSTER                                           PLAINTIFF

v.                      CIVIL NO. 24-3036

MARTIN J. O'MALLEY, Commissioner
Social Security Administration                                DEFENDANT

**O R D E R**

On August 26, 2024, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (ECF No. 2). Plaintiff filed a request for leave to proceed *in forma pauperis* on the same date. (ECF No. 3). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 26th day of August 2024:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The Court hereby directs the Clerk of Court to serve a Notice of Electronic Filing of the Complaint to the Defendant, Martin J. O'Malley, Commissioner, Social Security Administration and Candace Taylor, Assistant U.S. Attorney for the Western District of Arkansas. FED. R. CIV. P. SUPP SS 3. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE